UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                   )<br>)<br>ROBERT SHORR,                        ) | Mag. Judge Case No. 04-1645 CBS |

### AFFIDAVIT IN SUPPORT OF ARREST

I, George Walford, Special Agent, United States Department of Health and Human Services, do hereby make oath before Charles B. Swartwood, United States Magistrate Judge, District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Robert Shorr on a complaint filed in the Northern District of New York charging the defendant with failure to pay child support in violation of 18 U.S.C., §228(a)(3). I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above.

George Walford
Special Agent
United States Department of Health and
Human Services

Subscribed and sworn to before me this 12th day of February, 2004.

CHARLES B. SWARTWOOD
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS