## MAGISTRATE JUDGE CLERK NOTES

| | |
|---|---|
| Magistrate Judge: Charles B. Swartwood, III | Date: February 12, 2004 |
| Courtroom Clerk: Roland | Time In Court: 15 min |
| Case: USA v. Robert James Shorr | Case Number: 04-1645-CBS |
| AUSA: Burroughs | Defense Counsel: Sorokin |
| PTSO/PO: B. Cronin | Recording Time: 11:27 A |

### TYPE OF HEARING

| | |
|---|---|
| [X] **Initial Appearance**<br>[X]  Arrested:  [X] on warrant  [ ] on probable cause<br>[ ]  Defendant Sworn<br>[X]  Advised of Charges<br>[X]  Advised of Rights<br>[X]  Requests Appointment of Counsel<br>[ ]  Retained Counsel<br>[X]  Court Orders Counsel be Appointed<br>[ ]  Government Requests Detention & Continuance | [ ] **Arraignment**<br>[ ] Defendant Waived Reading of Indictment<br>[ ] Defendant Pleads Not Guilty to Counts_____<br>[X] **Removal Hearing/Rule 40**<br>[X] Defendant Waives Identity Hearing<br>[ ] Defendant Ordered Removed to Charging District.  Order to Issue.<br>[ ] Defendant Released, Conditions Remain/Modified/Set<br>[ ] Identity Established |
| [ ] **Preliminary Examination (Rule 5 or Rule 32.1)**<br>[ ] Probable Cause Found<br>[ ] Identity Established<br>[ ] Defendant Waives Identity Hearing<br>[ ] Defendant Waives Preliminary Examination | [ ] **Bail Hearing**<br>[ ] Bail Revoked, Defendant Ordered Detained<br>[ ] Defendant Released, Conditions Remain/Modified<br>[ ] Defendant Released on unsecured bond with Conditions |
| [ ] **Detention Hearing**<br>[ ] Defendant Requests a Continuance<br>[ ] Defendant Consents to Voluntary Detention<br>[ ] Defendant Detained, Order to Issue<br>[ ] Defendant Released on _____ with conditions<br>[ ] Detention Taken Under Advisement<br><br>[ ] **Preliminary Probation Revocation Hearing**<br>[ ] Defendant Ordered Detained<br>[ ] Defendant Released | [ ] **Miscellaneous Hearings**<br>[ ] Attorney Appointment Hearing<br>[ ] Change of Plea (Rule 11) Hearing<br>[ ] Material Witness Hearing<br>[ ] Motion Hearing<br>[ ] _____ Status Conference<br>[ ] Other _____ |

### CONTINUED PROCEEDINGS

Report to PTS at noon, and Judge Homer at 2:00 p   at Northern District of New York

### REMARKS

Case called, Counsel and Defendant appear for Initial Appearance on Rule 40, Financial Affidavit filed, Gov't agrees to release, Dft waives identity hearing, and reserves his right to a preliminary hearing in the charging district, Dft released on conditions