```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA,
       Plaintiff,
v.
                             CR 04-1645-CBS

ROBERT JAMES SHORR,
       Defendant,

### ORDER OF APPOINTMENT OF COUNSEL

February 12, 2004

SWARTWOOD, M.J.

It is hereby ORDERED that Leo Sorokin of the Federal Defender for the District of Massachusetts, 408 Atlantic Avenue, 3rd floor, Boston, Massachusetts, (617) 223-8061, is appointed to represent the above-named defendant in all proceedings related to the above-entitled case.

                                       CHARLES B. SWARTWOOD, III
                                       MAGISTRATE JUDGE

                                       By the Court:

                                       /s/ Lisa B. Roland
                                       Lisa B. Roland
                                       Deputy Clerk